## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLIEFF BROWN, *Plaintiff,* v. WARDEN MAY, *et al.*, *Defendants.* | CIVIL ACTION No. 17-04284 |

## **ORDER**

**AND NOW**, this 12th day of June, 2018, upon consideration of Defendants' Motion to Dismiss, (ECF No. 11), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff may file an amended complaint on or before **July 10, 2018**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.