IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLIEFF BROWN,<br><br>       *Plaintiff*,<br><br>v.<br><br>WARDEN MAY *et al.*,<br><br>       *Defendants*. | CIVIL ACTION<br>NO. 17-4284 |

## <u>ORDER</u>

**AND NOW**, this 1st day of October, 2018, it is **ORDERED** that the case is **DISMISSED with prejudice**. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.